IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA, ex rel. PATRICIA PAUL WESTERFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF SAN FRANCISCO,<br><br>　　　　Defendant. | No. C 04-03440 JSW<br><br>**ORDER SETTING TIME TO AMEND COMPLAINT** |

In the Order dated February 14, 2006, granting in part and denying in part Defendants' motion to dismiss, the Court provided Plaintiff leave to amend her False Claims Act claim. It is HEREBY ORDERED that Claimant Patricia Paul Westerfield shall file her amended complaint, if any, by no later than May 5, 2006. Claimant's counsel is ORDERED to serve a copy of this order on Claimant by no later than March 10, 2006.

**IT IS SO ORDERED.**

Dated: March 6, 2006

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE