SCOTT N. SCHOOLS (SC9990)
United States Attorney
BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

150 Almaden Blvd., Suite 900
San Jose, California  95113
Telephone: (408)  535-5065
Fax: (408) 535-5066
E-mail: carlos.singh@usdoj.gov

*E-FILED - 8/23/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 99-20092-RMW |
| ) | No. CV-04-03340-RMW |
| Plaintiff-Respondent, ) | No. CV-06-06276-RMW |
| ) | |
| v. ) | |
| ) | STIPULATION AND ORDER |
| FREDERICK L. SHIRLEY, ) | CONTINUING AUGUST 24, 2007 |
| CLIFFINA JOHNSON, ) | STATUS HEARING |
| ) | |
| Defendant-Petitioners ) | |
| _____ ) | |

The parties, by and through their counsel of record, hereby stipulate to a continuance of the August 24, 2007 status hearing and argument on pending motions to September 14, 2007 at 10:30 a.m. for the following reasons:  Counsel for Cliffina Johnson is currently in trial in Las Vegas, Nevada.  Mr. Lupe Martinez reports that he expects trial to be completed by

///

///

///

STIPULATION AND ORDER

1  approximately September 7, 2007.   All counsel expect to be available on September 14, 2007

2  for a status hearing and argument on the pending motions.

3

4

5  /S/ Suzanne A. Luban                    /S/ Carlos Singh
   Suzanne A. Luban, Esq.                  Carlos Singh
6  Counsel for Frederick L. Shirley        Assistant United States Attorney

7  August 21, 2007                         August 21, 2007

8

9

   /S/ Lupe Martinez
10 Lupe Martinez, Esq.
   Counsel for Cliffina Johnson
11
   August 21, 2007
12

13

14

   **IT IS SO ORDERED.**
15
                                           *Ronald M. Whyte*
16 August  23 , 2007                       RONALD M. WHYTE
                                           United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER