1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
3  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney
4
   Attorney for Plaintiff
5  United States of America

6     150 Almaden Blvd., Suite 900
      San Jose, California  95113
7     Telephone: (408)  535-5065           ***E-FILED - 9/13/07***
      Fax: (408) 535-5066
8     E-mail: carlos.singh@usdoj.gov

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,           )
                                        )   No. CV-04-03340-RMW
13          Plaintiff-Respondent,       )   No. CV-06-06276-RMW
                                        )   No. CR-99-20092-RMW
14      v.                              )
                                        )   STIPULATION AND ORDER
15  FREDERICK L. SHIRLEY,               )   CONTINUING SEPTEMBER 17, 2007
    CLIFFINA JOHNSON,                   )   STATUS HEARING
16                                      )
            Defendant-Petitioners       )
17  _____)

18      The parties, by and through their counsel of record, hereby stipulate to a continuance of

19  the September 14, 2007 status hearing and argument on pending motions to September 21, 2007

20  at 10:30 a.m. for the following reasons:  Counsel for Cliffina Johnson is currently in trial in a

21  nine-defendant case in Las Vegas, Nevada.  Mr. Lupe Martinez reports that closing arguments

22  will continue this week and it is expected that the jury will most likely received the case on

23  September 12, 2006, for deliberations.  Mr. Martinez further reports that the judge in that case

24  has requested that all counsel remain in Las Vegas to handle any jury questions or other related

25  ///

26  ///

27  ///

28

STIPULATION AND ORDER

issues. All counsel expect to be available on September 21, 2007, for a status hearing and argument on the pending motions.

| | |
|---|---|
| /S/ Suzanne A. Luban<br>Suzanne A. Luban, Esq.<br>Counsel for Frederick L. Shirley | /S/ Carlos Singh<br>Carlos Singh<br>Assistant United States Attorney |
| September 10, 2007 | September 10, 2007 |

/S/ Lupe Martinez
Lupe Martinez, Esq.
Counsel for Cliffina Johnson

September 10, 2007

**IT IS SO ORDERED.**

September 13, 2007

_____
RONALD M. WHYTE
United States District Judge

STIPULATION AND ORDER