1  SUZANNE A. LUBAN
   Attorney At Law
2  State Bar No. 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Defendant/Movant              ***E-FILED - 10/14/08***
5  FREDERICK L. SHIRLEY

6

7
                    UNITED STATES DISTRICT COURT
8
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                       [San Jose Division]

10

11
   UNITED STATES OF AMERICA,        )    Cv-04-03340-RMW, 06-6276-RMW
12                                   )    [Related to Cr. 99-20092-RMW]
                                     )
13          Plaintiff/respondent,    )    RENEWED REQUEST
                                     )    FOR APPOINTMENT OF
14      vs.                          )    COUNSEL AND LEAVE TO
                                     )    PROCEED IN FORMA PAUPERIS
15  FREDERICK L. SHIRLEY,            )    ON APPEAL AND
                                     )    ORDER
16          Defendant/Movant.        )
                                     )
17  _____ )    Court: Hon. Ronald M. Whyte
18

19       As part of the Notice of Appeal filed on May 30, 2008, movant Frederick

20  Shirley requested this Court to grant him in forma pauperis status on the appeal and

21  to appoint the undersigned to represent him.  On July 22, 2008, the district court

22  granted a Certificate of Appealability ("COA") on both claims raised in the §2255

23  motion.  The request for appointment of counsel and IFP status was acknowledged

24  by the Court in the COA, but no order appears to have been issued.  A similar motion

25  was granted as to co-defendant Cliffina Johnson.

26       Therefore, these requests are hereby renewed, and a proposed order (slightly

27

28                                      1

1   revised from the one submitted with the Notice of Appeal) follows this request.  Mr.

2   Shirley remains on supervised release while the appeal is pending.  The Court of

3   Appeal case number assigned to this appeal is 08-16991.

4

5   DATED: September 25, 2008

6                                                    Respectfully submitted,

7

8                                                     /S/   Suzanne A. Luban
                                                     SUZANNE A. LUBAN
9                                                    Counsel for Fred Shirley

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                  2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
[San Jose Division]

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Cv-04-03340-RMW (Consolidated with 06-6276-RMW) [Related to Cr. 99-20092-RMW] |
| Plaintiff/respondent, | ) ) | |
| vs. | ) ) | ORDER |
| FREDERICK L. SHIRLEY, | ) ) | |
| Defendant/Movant. | ) ) ) | |
| _____ | ) | Judge: Hon. Ronald M. Whyte |

For Good Cause Shown, IT IS HEREBY ORDERED:

(1)   Movant is permitted to proceed on appeal in forma pauperis; and

(2)   Suzanne A. Luban is hereby appointed for the appeal pursuant to the Criminal Justice Act, nunc pro tunc to July 22, 2008, the date the Certificate of Appealability was granted by this Court.

Dated: __10/10_____, 2008

*Ronald M. Whyte*
_____
RONALD M. WHYTE
U.S. District Court

3